UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**GUILLERMO LAGO,**

    Plaintiff,

vs.                                      **CASE NO.: 9:24-cv-80386-RLR**

**GUSS INVESTMENT GROUP, LLC,**

    Defendant.

_____/

## **PLAINTIFF'S MOTION FOR DEFAULT PURSUANT TO RULE 55(a)**

Plaintiff Guillermo Lago ("Plaintiff") respectfully moves this Honorable Court for entry of default pursuant to Rule 55(a) against Defendant, Guss Investment Group, LLC ("Defendant"), as provided by Rules 55(a) and 15(a)(3) of the Federal Rules of Civil Procedures. In support thereof, Plaintiff states as follows:

1. On or about March 29, 2024, Plaintiff Guillermo Lago ("Plaintiff"), filed a Complaint against Defendant, Guss Investment Group, LLC ("Defendant"). [DE 1].

2. On or about April 1, 2024, Plaintiff effected service on Defendant. [DE 4].

3. On or about April 4, 2024, Defendant filed a Motion to Dismiss the Complaint with Prejudice with a response from Plaintiff due on April 18, 2024. [DE 6].

4. On or about April 17, 2024, Plaintiff filed their First Amended Complaint in lieu of a response to Defendant's Motion to Dismiss. [DE 14].

5. On or about April 17, 2024, the court entered a paperless order denying Defendant's Motion to Dismiss as moot in light of Plaintiff's First Amended Complaint. [DE 15].

6. Pursuant to Federal Rule of Civil Procedure 15(a)(3), the deadline for Defendant's

response to the Amended Complaint was May 1, 2024.

7. Defendant has yet to file any paper required by law in response to Plaintiff's First Amended Complaint.

8. Pursuant to Federal Rule of Civil Procedures 55(a), Plaintiff files this motion for default against Defendant.

WHEREFORE, Plaintiff respectfully requests the entry of default against Defendant, Guss Investment Group, LLC.

Dated: May 9, 2024.

*/s/ Matthew D. Bavaro*
Matthew D. Bavaro, Esquire
FL Bar No.: 175821
LOAN LAWYERS, LLC
3201 Griffin Road #100
Fort Lauderdale, FL 33312
Telephone: (954) 523-4357
Facsimile: (954) 581-2786
E-mail: matthew@fight13.com
Secondary: nicole@fight13.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of May 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties identified on the clerk's record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Matthew D. Bavaro*
Matthew D. Bavaro